ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
Room 7211 Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012
Telephone: (213) 894-4600
Facsimile: (213) 894-0115
Email: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| United States of America,<br>Petitioner,<br>vs.<br>Steven J. Poulos,<br>Respondent. | Case No. SACV 10-01058 DOC (MGLx)<br><br>Order to Show Cause Why Respondent Should Not Be Held in Civil Contempt<br><br>Hearing before Judge Carter:<br><br>Date: January 31, 2011<br>Time: 8:30 a.m.<br>Address: Ronald Reagan Federal Bldg. And U.S. Courthouse Courtroom 9D 411 West Fourth St. Santa Ana, CA 92701 |

Based on the Application for Order to Show Cause on Civil Contempt, Memorandum of Points and Authorities, and the supporting Declaration, the Court finds that Petitioner has established its *prima facie* showing that Respondent is in contempt of court for failure to follow the Court's Order Enforcing Internal Revenue Service Summons. *See United States v. Brown*, 918 F.2d 82, 83-84 (9th Cir. 1990).

Therefore, **IT IS ORDERED** that Respondent appear before this District Court of the United States for the Central District of California, at the date, time

and address listed above in the caption to show cause why Respondent should not be held in civil contempt for failure to comply with the Court's Order Granting Petition to Enforce Internal Revenue Service Summons dated September 13, 2010, incarcerated, and fined $500 per day until Respondent has been purged of contempt and complies with the Court's order enforcing the subject IRS summons.

**IT IS FURTHER ORDERED** that copies of this Order and the Application for Order to Show Cause on Civil Contempt be served on Respondent (a) by personal delivery, (b) by leaving a copy at Respondent's dwelling or usual place of abode with someone of suitable age and discretion who resides there, or (c) by certified mail. Service may be made by any employee of the IRS or the United States Attorney's Office.

**IT IS FURTHER ORDERED** that within ten (10) days after service upon Respondent of the herein described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions.

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: December 14, 2010

David O. Carter

DAVID O. CARTER
United States District Court Judge

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America